UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 553 |
| | ) | |
| v. | ) | Honorable Wayne R. Andersen |
| | ) | |
| MELVIN CARTER | ) | |
| | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                              By:  s/Meghan C. Morrissey
                                    MEGHAN C. MORRISSEY
                                    Assistant United States Attorney
                                    219 South Dearborn Street
                                    Chicago, Illinois 60604
                                    (312) 353-4045

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

Attorney Designation,

were served on July 30, 2008, via U.S. Mail, to the following party:

Federal Defender's Office
Federal Defender Program
55 E. Monroe St., Suite 2800
Chicago, IL 60603

Melvin Carter
7442 South Philips Avenue
Apartment 1B
Chicago, IL 606049

                                                  s/Meghan C. Morrissey
                                                  MEGHAN C. MORRISSEY
                                                  Assistant United States Attorney
                                                  219 South Dearborn Street
                                                  Chicago, Illinois
                                                  (312) 353-4045