# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 8 CR 553 | **DATE** | 7/31/2008 |
| **CASE TITLE** | United States of America vs. Melvin Carter | | |

**DOCKET ENTRY TEXT**

The Court issues a bench warrant as to Melvin Carter for violation of his supervised release.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | TSA |
|---|---|---|

Case 1:08-cr-00553    Document 3    Filed 07/31/2008    Page 1 of 1